NO. <u>11886</u>

| | | |
|---|---|---|
| **GREGORY OSTERTAG AND** | § | **IN THE DISTRICT COURT** |
| **SHANNON OSTERTAG** | § | |
| *Plaintiffs/Counter-Defendants,* | § | |
| | § | |
| **V.** | § | **62ND JUDICIAL DISTRICT** |
| | § | |
| **GREGG L. NUSSBAUM AND GMK** | § | |
| **CONSTRUCTION LLC D/B/A** | § | |
| **MAKARIOS CONSTRUCTION CO.** | § | |
| *Defendants/Counter-Plaintiff.* | § | **OF FRANKLIN COUNTY, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/12/2016 3:15:56 PM
DEBBIE AUTREY
Clerk

## <u>NOTICE OF APPEAL</u>

GMK CONSTRUCTION LLC d/b/a MAKARIOS CONSTRUCTION CO., party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on June 10, 2016.

GMK CONSTRUCTION LLC d/b/a MAKARIOS CONSTRUCTION CO. desires to appeal the Final Judgment.

This appeal is being taken to the Sixth Court of Appeals

This notice is being filed by GMK CONSTRUCTION LLC d/b/a MAKARIOS CONSTRUCTION CO.

Respectfully submitted,

PETER J. BENNETT, P.C.

By: _____

PETER J. BENNETT
Texas Bar No. 24057591
Email: Peter@pbennettlaw.com
ANN T. NGO
Texas Bar No. 24083564
Email: Ann@pbennettlaw.com
202 Travis St. Suite 207
Houston, Texas 77002
Tel. (713) 609-9636
Fax. (713) 568-2411
*Attorneys for GMK CONSTRUCTION LLC d/b/a*
*MAKARIOS CONSTRUCTION CO.*

## CERTIFICATE OF SERVICE

I certify that on September ____7____, 2016 a true and correct copy of GMK CONSTRUCTION LLC d/b/a MAKARIOS CONSTRUCTION CO. NOTICE OF APPEAL was served on the following parties in accordance with the Texas Rules of Civil Procedure.

_____

PETER J. BENNETT

WILLIAM A. BREWER, III
ANTHONY BEGON
Brewer Storefront, PLLC
1717 Main Street, Suite 5900
Dallas, Texas 75201
Tel: (214) 653-4000
Fax: (214) 653-1015
*via e-service and facsimile*